IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES VIRGIL COATS, JR.                                            PLAINTIFF
ADC # 601558

v.                       No. 4:12-cv-445-DPM-HDY

SCOTT BRADLEY, Sheriff,
Van Buren County; and RANDY
MURRAY, Jail Administrator,
Van Buren County Detention Center                              DEFENDANTS

## ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 5*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)(Advisory Committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Coats's complaint, *Document No. 1*, is dismissed without prejudice. An *in forma pauperis* appeal of this Order or the related Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 September 2012