IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES VIRGIL COATS, JR.                                              PLAINTIFF
ADC # 601558

v.                          No. 4:12-cv-445-DPM

SCOTT BRADLEY, Sheriff,
Van Buren County and RANDY
MURRAY, Jail Administrator,
Van Buren County Detention Center                                    DEFENDANTS

## JUDGMENT

Coats's claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 September 2012